# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA PAYDAR *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JAGUAR LAND ROVER NORTH AMERICA, LLC, <br><br> Defendant. | Case No.: 19-CV-58-BAS(WVG) <br><br> ORDER DENYING SECOND JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE <br><br> [Doc. No. 27.] |

For the second time, the parties' jointly move to extend the deadline to exchange expert disclosures under Federal Rule of Civil Procedure 26(a)(2). When the Court granted the first request on September 12, 2019, the Court expressly admonished that "[n]o other requests to extend dates to allow the parties to finalize the settlement will be entertained or granted." (Doc. No. 26.) Yet the parties now seek extension of the same deadline and proffer "client unavailability and a miscommunication between the parties regarding the specifics of a settlement offer to repurchase the subject vehicel [sic]" as supposed good cause. (Doc. No. 27 at 2.) The motion is DENIED not only because the Court previously placed the parties on notice that no other extensions would be granted, but also because the proffered bases for the request fall woefully short of good cause. Additionally, the Court finds the motion is untimely given that it was filed the day before the extended deadline is set to expire.

**IT IS SO ORDERED.**

DATED: October 8, 2019

Hon. William V. Gallo
United States Magistrate Judge

1

19-CV-58-BAS(WVG)